Case 2:18-cv-02626-SM-EJD Document 12 Filed 09/22/21 Page 1 of 15

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED Sep 22 2021

CAROL L. MICHEL
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | | |
|---|---|---|
| **Shane Bruce** | ) | Civil Action #: 18-2626 Sec E |
| v. | ) | |
| **BP plc [British Petroleum]** | ) | |
| **& Subsidiaries, et al** | ) | Jury Demand |

### AMENDED COMPLAINT AGAINST BP [British Petroleum] Plc.

This Plaintiff, Shane Maddox Bruce brings an amended complaint against BP plc by the previous service at Mr. Michael Thomas 501 Westlake Park Boulevard Houston TX, 77079-2696 represented by counsel in the above-styled case. Per Motion sent on 9/2/21.

### I. JURISDICTION OF THE UNITED STATES COURTS

1) I, this Plaintiff, Shane Maddox Bruce as a citizen of the United States and former officer of service brings this Civil Action against the Defendants for compensatory and punitive damages pursuant to liabilities incurred by the Defendants in several tortious actions including Actions of Intent [RTT] by Negligent and Criminal Acts that harmed the Public with Medical and Financial Damages to the Plaintiff, Conspiracy, Frauds and Intentional Harms in not disclosing dangerous contaminants caused by their actions [RST §435] to a widespread environmental impact beyond any mere spill by the cumulative actions by BP Plc following the explosion of the Deep Water Horizon causing his personal injuries:

2) Causation of Harm Restatement (Third) of Torts: Liab. for Physical & Emotional Harm § 5 (2010) ("An actor who intentionally causes physical harm is subject to liability for that harm."). But "umbrella rule," and states that the "Restatement Second, Torts, remains largely authoritative." minimally includes Negligence RTT II, Duty/Breach in following Industry Custom and Care with incredible levels of negligence and negligence per se and failure to warn, see STATEMENT OF FACTS, how even the rain is poisoned. TORTS § 435 (1965) (fact that actor's conduct was a substantial factor in other's injury is sufficient for liability, regardless of whether harm foreseen or foreseeable by actor) in breach of duty, with a doctrine of strict

1

liability. RTT: GP 12: Statutory Violations as Negligence Per Se An actor is negligent if, without excuse, the actor violates a statute that is designed to protect against the type of accident the actors conduct causes, and if the accident victim is within the class of persons the statute is designed to protect.

3) There being a multitude of victims, to constitute several populations, who are affected by the contamination of toxins caused by an admittedly criminal acts, thus "acts dangerous to human life that are a violation of the criminal laws of the United States or of any State" Domestic Terrorism as defined by USA PATRIOT Sec. 802 (a)(5)(A) and (C). 18 U.S. Code § 2331 (1)(A) & (C),

4) Title VIII with various Criminal Law Changes, where those acts "resulted in, or created a foreseeable risk of, death or serious bodily injury, extends into section 809, are strengthened laws against Terrorism, where harm is affected by populations especially as defined by USA PATRIOT ACT Sec. 802 (a)(5)(A)

5) Given the substantial possibility that the acts outlined in FACTUAL ACCOUNTING of this document technological processes of the Deepwater Horizons Oil Rig explosion and the substantial increase in toxins produced by acts of BP all are both foreseeable and reproducible, which creates a substantial certainty, that those acts will harm a population could have been a distinctly malicious act (RTT §1 [INTENT], §5 [INFLICTION OF EMOTIONAL DISTRESS], §21[ASSAULT]), and regardless of intent has the appearance as action taken by technological processes to dismay and then quell any celebration of the 200th anniversary of the War of 1812[1] or other

---

[1] Even if it was supposed to be a prank by those disturbed by some historic massacre as the Battle of New Orleans event ub the War of 1812, some few reacting to some celebratory preparations for a 200 year War of 1812 Celebration, it was disastrous. Similarly, in Ghassemieh v. Schafer, 447 A.2d 84 (Md. Ct. Spec. App. 1982), a teacher and her husband brought suit against a former student, seeking recovery for back injury teacher sustained when the student, "as a joke," pulled chair out as teacher was sitting down. In dictum, the court stated: "Intent to do harm is not essential to a battery. The gist of the action is not hostile intent on the part of the defendant, but the absence of consent to the contact on the plaintiff's part. ... Thus, horseplay, pranks, or jokes can be a battery regardless of whether the intent was to harm." Id. at 88. But the subsequent technological actions of both 'petroleum microbe' and resulting heavy metal reactions could not be considered a prank. RST §46, Extreme and Outrageous to Emotional distress. "where two or more persons cause a single and indivisible harm, each is subject to liability for the entire harm." ChemDyne, 572 F. Supp. at 810 (citing Restatement (Second) of 16 Nos. 20-1711 & 20-1793 Torts, § 875

reasons, also fitting the definition of International Terrorism as by 18 U.S. Code § 2331(1)(a) – Definitions "appear to be intended to intimidate or coerce a civilian population;" and (5)(B)(i) of Domestic Terrorism and USA PATRIOT ACT Sec. 802 (a)(5)(B), Tit. VIII § 806, 201, long-arm of 5th and 14th Amendments.

6) Thus, defendants are liable by the Justice Against Sponsors of Terrorism Act (J.A.S.T.A.) of 2016 which extends the period of liability to 10 years and multiplies liability of damages. And litigation without limit via 18 U.S. Code § 2332b (a)(1)(A, B), (2) with a Jurisdictional Basis by (b)(1)(E)&(F) with substantial Extraterritorial Jurisdiction. Act, 28 USC. §§ 1602, et seq.; the Federal Tort Claims Act, 28 USC. §§ 2671, et seq.; the Torture Victims Protection Act of 1991, 28 USC. § 1350 (Alien Action Tort) note; the Export Administration Act of 1979, 50 USC. § 2405(j); the Foreign Assistance Act of 1961, 22 USC. § 2371; the Antiterrorism and Effective Death Penalty Act of 1996, 28 USC. 1605 § (a)(7); the Justice for Victims of Terrorism Act of 2000, Public Law 106-386, the International Claims Settlement Act of 1949, 22 U.S.C. Section 1623, including as BP provides 10% of the social security of Great Britain, £9.9 billion to UK GDP, £2.7 billion in tax revenue to the UK, 28 U.S.C. § 1603(a) § 1605, all this despite being BPs hosting nation being an alliance member within NATO. 28 U.S.C. § 1605(a)(2) Though the Defendant is entirely capable of paying the claims made in this Complaint without Sovereign involvement. Any allowance by USC 50:32§1520(a) and the 10th Amendment the Constitutional Right that persons have the power to pursue that which is not delegated or pursued by the United States Government, and not prohibited from, this a civil action.

7) This complaint is also brought by Tort Law, 18 U.S.C. § 2333(a) [civil remedies for terror victims] and 28 U.S.C. 1331 the Plaintiff requests this Court fully exercise its Jurisdiction as founded upon 28 U.S.C. 1331 in matters of variety, Article III, Section 2 (maritime), Act, 46 U.S.C. § 30101, 50 Chp. 3 §23, 28 U.S.C. 1332 (Diversity) and each and every law which may apply for my Civil Suit.

8) BP waived any limits in their GUILTY PLEA AGREEMENT OF 15-11-12

## II. FACTUAL ACCOUNTING

1. On the 20th of April 2010 the Deepwater Horizon Oil Rig that was managed by BP Plc [British Petroleum] exploded

2. Where in *United States v. BP Exploration and Production, Inc* in 2013 BP and/or its subsidiaries pled guilty to Criminal Charges; 11 counts of violations of 18 U.S.C. § 1115 (Misconduct or Neglect of Ship Officers), 18 U.S.C. § 1505 (Obstruction of Congress), violation of 33 U.S.C. § 1319(c)(1)(A) & 1321(b)(3) (Clean Water Act) and various other violations in relation to the Deepwater Horizon Explosion and subsequent Environmental Remediation.

3. Prior to the explosion of the 20th of April 2010, the reservoir the Deepwater Horizon Oil Rig had drilled was already cultured[2] with "Petroleum Microbes"

4. The same "Petroleum Microbes" are the type that are only used in depleted wells to dramatically increase the pressure of the depleted oil well and increase the viscosity of the crude oil enough to take it from a depleted non-producing well to a well acting like a fully restored oil well, a substantial difference and a powerful technology. The pressure increasing geometrically to match the geometric growth of the microbes and $CO_2$[3] emissions that is the byproduct of their consumption of elemental and hydrocarbon resources.

---

[2] *Natural gas and temperature structured a microbial community response to the Deepwater Horizon oil spill* Molly C. Redmond and David L. Valentine Department of Earth Science and Marine Science Institute, University of California, Santa Barbara, CA 93106 shows the ocean up to 800 ft dominated by by members of Oceanospirillales which feeds of oil and other hydrocarbons, then Colwellia, and Cycloclasticus which it assumes to be feeding off of natural gas in the well. "in late May, an uncultivated group of [DeepWater Horizon] Oceanospirillales were dominant in plume samples" pg. 1, fig. pg. 2 meaning the bacteria appeared as a fully measurable sample without further cultivation, yet dominated. But, according to Yakimov, M. M. (2003). "*Oleispira antarctica gen. nov., sp. nov., a novel hydrocarbonoclastic marine bacterium isolated from Antarctic coastal sea water*". International Journal of Systematic and Evolutionary Microbiology. 53 (3): 779–785. doi:10.1099/ijs.0.02366-0. ISSN 1466-5026. PMID 12807200, "cultures were then incubated in darkness until turbidity (which was used to indicate bacterial growth changes over some period of time) became high enough to indicate saturated growth samples (which took approximately 2 months)" and two months is typical the length of culture before a saturated sample.

[3] "principle idea was to inject or encourage indigenous bacteria to produce CO2 and/or methane to help

4

5. The Petroleum Microbes also eat away at ores[4], stones[5], and metals to make crude oil available during the fracking process, which increases the size and depth of fractures, in a process known as MEOR[6] [Microbially Enhanced Oil Recovery].

6. The Petroleum Microbes such as Oleispira Antarctica were genetically modified to also withstand a wide array of environments and consume heavy metal ores such as arsenic and magnesium and other heavy metals, as to no die out during the fracking extraction process in hostile environments.

7. The Deepwater Horizon Oil Rig was not depleted, or of low pressure when the petroleum microbes were introduced which increased pressure, nor had been at any time in the past being a 'brand new well' drilled by an exploratory rig.

8. Deepwater Horizon Oil Rig is an exploratory Oil Rig tapped into new reservoir which hadn't previously been tapped into or in use by other wells, and it is unlikely to impossible the source of the Petroleum Microbes was from any other oil rig and no protocol of a reservoir of such pressure would have microbes.

9. Besides foam stability or a dozen safety systems being off, missing, broken, sabotaged, and disabled blowout preventers, a sudden, geometric increase in pressure caused the Deepwater Horizon Oil Rig to explode, and the petroleum microbes substantially certain to have caused that pressure, despite 'kicks'.

---

repressurize the reservoir, decrease oils viscosity and…" 2.1 of Biotechnology in the petroleum industry: An Overview. Robert Thomas Bachmann, Anbu Clemensis Johnson, Robert G.J. Edyvean Attachment

[4] "MEOR … and associated industrial processes such as biodesulfurization, biodemetallation, biodenitrogenating and biotransformation are also covered.", Biotechnology in the petroleum industry: Robert Thomas Bachmann, Anbu Clemensis Johnson, Robert G.J. Edyvean, Malaysia Institute of Chemical and Bioengineering Technology, Universiti Kuala Lumpur, Chemical and Biological Engineering Department, University of Sheffield, UK.

[5] "to deliberately introduce microorganisms into subterranean formations for the purpose of beneficially influencing the factors which control the quantity of valuable fluids which can be can be recovered…" US Patent No 2,413,278, entitled *Bacteriological Process for Treatment of Fluid-bearing Earth Formations*. "in the case of limestone, or carbonaceous sandstone, to leach out calcite and siderite thus liberating absorbed oil", Sayyouh M H, Al-Blehed M S and Hemeida A M. *Possible applications of MEOR to the Arab oil fields.* Paper presented at the J. King Saud Univ, 1993

[6] "The method of microbial gas [and oil] production for MEOR was originally formulated by ZoBell in 1946. *ZoBell's contribution to petroleum microbiology* Catherine Bass Environmental Microbiology Research Group, Hatherly Laboratories, University of Exeter, EX4 4PS UK

10. The MEOR protocol geometrically increased the pressure in the oil well until it exploded on April 20th of 2010, essentially a microbial fuse in a non-thermal bomb that exploded the oil rig.

11. As a result, estimated 4 million oil barrels or approximately 200,000,000 gallons of oil with nearly fully cultured genetically modified petroleum microbes were introduced into the ocean, the Gulf of Mexico, merely 40 miles from the United States Coast of Louisiana.

12. Any reports of the petroleum microbe being introduced as bioremediation after the explosion to the oil spill would be a falsehood, as they were already present in the oil that proliferated from the well.

13. Introduction of MEOR Petroleum Microbes into a new and already naturally pressured well which would take it several times its predicted pressure or pressures the infrastructure could withstand must be either sabotage or terrorism, as MEOR typically increases pressure to hundred or thousands of times oil recovery in depleted wells[7]. Lacking is information on full wells, as it's never added to full or productive oil wells, and oil wells being repressurized are not capped, or should not be capped as the Deepwater Horizon well was.

14. In April of 2010 BP plc themselves and enlisting others proceeded to dump more than 1,000,000 gallons (One Million Gallons) of Corexit on the resultant, bacterially contaminated oil slick.

---

[7] It's hard to get information as it's mostly proprietary by such companies as BP Plc "MEOR technologies were very slowly recognized by industry even though a long history of MEOR activity exists, due to the lack of published data especially in widely available journals, as well as too little cooperation between microbiologists, reservoirs engineers, geologists, economists, and owner operators. " sec7, "with no well head pressure.. inoculated a mixed culture of Bacillus and Clostridium spp. ... an average of 20 to 30% additional oil-in-place was recovered ", "bacterial population caused an increase of oil flow up to 200%"…"These initiatives helped the Sultanate to increase their oil production capability to nearly 1 million barrels per day (bpd) from 714300 bpd averaged in 2008". *Microbial Enhanced Heavy Oil Recovery by the Aid of Inhabitant Spore-Forming Bacteria: An Insight Review* Biji Shibulal,1 Saif N. Al-Bahry, Yahya M. Al-Wahaibi, Abdulkader E. Elshafie, Ali S. Al-Bemani, and Sanket J. Joshi, Department of Biology, College of Science, Sultan Qaboos University, Oman But it's recorded that depleted wells get 50% of the depleted reserve from zero pressure, so from a full well a staggering amount of pressure.

15. Corexit was mislabeled a 'dispersant' but technically it is a precipitant, which then cause the majority if not all the oil to precipitate (drop like rain) to the bottom, settle and come into contact with the ocean floor[8].

16. As a result of BP plc putting millions of barrels of the GMO Petroleum Bacteria ladened Oil on the ocean floor, to react with innumerable other bacteria, the GMO Petroleum Bacteria was capable of transferring[9] the "genetic mobile elements" to other microorganisms and created at least 27[10] new species within weeks.

17. BP Plc thus caused a worldwide introduction of rapidly changing horizontal transfer of genetic elements, which as the Plaintiff predicted or anyone would predict given the trillion species[11] that exist that statistically, plagues would rise along with other virulent[12] [dangerous] species. Both in the oil, or tarballs that wash up, but also in bacteria in the multitude of genetic transformation that would

---

[8] Once the oil is dispersed [using Corexit] and begins to sink, there is nothing to "magically" hold the oil in the upper three meters. These toxic oil droplets descend to the ocean floor adversely impacting everything in their path." *OSEI Manual Corexit &* Dispersants – Oil Spill Eater, Steven R. Pedigo

[9] "It was found that bacteria of the genera Oleispira and Colwellia more frequently acted as donors rather than recipients of GIs [Genetic Islands]. The analysis suggests that the possible use of Oleispira spp. In bioaugmentation may lead to the activation of wider distribution of its mobile genetic elements", Kube, M. et al. "Genome sequence and functional genomic analysis of the oil-degrading bacterium *Oleispira antarctica". Nat. Commun.* 4:2156 doi: 10.1038/ncomms3156 (2013). Which means this massive half-a-billion gallons of test tube petri dish BP plc made of the Gulf of Mexico caused a domino effect of rapidly altered microorganisms are now ubiquitous around the entire world, continuing to create other species, terraforming the planets microorganism world, which the Plaintiff after reading this article was easily predicting coming plagues of bacteria and viruses, even of larger organisms.

[10] "Ten of 27 GIs [Genetic Islands] had the DNA composition very similar to the O. antarctica chromosome, possibly due to the acquired compositional similarity", Kube, M. et al. "Genome sequence and functional genomic analysis of the oil-degrading bacterium Oleispira antarctica". Nat. Commun. 4:2156 doi: 10.1038/ncomms3156 (2013).

[11] "Among the clones detected in 165 rRNA gene libraries and metagenomic data assemblies, organisms with apparent affiliation to the genus Oleispira [Petroleum Microbe] were predominant. Until the present day, the only cultured isolate with a validly published name representing this genus is Oleispira antarctica RB-8", Kube, M. et al. "Genome sequence and functional genomic analysis of the oil-degrading bacterium Oleispira antarctica". Nat. Commun. 4:2156 doi: 10.1038/ncomms3156 (2013).

[12] A study conducted by Auburn University confirms the presence of Vibrio vulnificus in tar balls washing up on shore, the first ever seen being a result of BP plc dropping millions of barrels of oil to the bottom of the ocean, which has concentrates 100 times greater than the water. The CDC says Vibrio Vulnificus typically causes severe and life-threatening illness, septic shock, blisters, and infections that are fatal about 40% of the time requiring surgery to prevent death. Deadly Bacteria Found in Gulf Coast Tar Balls By Farron Cousins March 30, 2012 DESMOG

leave the limits of hydrocarbon released into the wild of any and likely every environment, including human viral or bacterial pandemics. (Foreseen in 2017)

18. The Ocean floor, particularly of the Gulf of Mexico, is composed in its majority of heavy metal ores, which are notable Manganese[13] and Phosphate[14] but also contain Rare Earth Elements of Arsenic, and Thorium.

19. Among the multitude of genetic modifications, again which spread to apparently horizontally to any species, are Oleispira (technical term for Petroleum Microbe) with "Multiple genes for chaperones, outer-membrane efflux proteins and also heavy metal and drug resistance proteins were found to be associated with the predicted GIs [Genetic Islands]"[15] So not only are the bacteria capable of consuming and bearing heavy metals which would usually kill bacteria, any horizontal change they cause in other bacteria if infecting humans will be nearly impossible to treat using known medicines of today.

20. As the Gulf of Mexico, where the BP Deepwater Horizon Oil slick was located, is the evaporation point of rainfall for rain of the Eastern half of the United States, rain which formed from here carried GMO petroleum microbes laden with heavy metals from the Ocean floor along with heavy metals themselves in the rain[16] for

---

[13] "Precipitation of manganese, phosphate and other metals around seed particles under deep-sea conditions over timescales of millions of years has produced extensive deposits of fist-sized polymetallic nodules (reaching densities of hundreds per m2) and crusts (<20cm) surficial deposits.", Thurber, A. R., Sweetman, A. K., Narayanaswamy, B. E., Jones, Ingels, and Hansman, R. L.: Ecosystem function and services provided by the deep sea, Biogeosciences, 11, 3941–3963, https://doi.org/10.5194/bg-11-3941-2014, 2014.

[14] Precipitation of manganese, phosphate, and other metals around seed particles under deep-sea conditions over timescales of millions of years has produced extensive [rare earth elements such as thorium] deposits of fist-sized polymetallic nodules (reaching densities of hundreds per m2) and crusts (thin (< 20 cm) surficial deposits)" . *Ecosystem function and services provided by the deep sea.* R. Thurber, A. K. Sweetman, B. E. Narayanaswamy, D. O. B. Jones, J. Ingels, and R. L. Hansman College of Earth, Ocean, and Atmospheric Sciences, Oregon State University International Research Institute of Stavanger, Randaberg, Norway Scottish Association for Marine Science, Scottish Marine Institute, Oban, National Oceanography Centre, European Way, Southampton, etc.

[15] Kube, M. et al. "Genome sequence and functional genomic analysis of the oil-degrading bacterium *Oleispira antarctica*". *Nat. Commun.* 4:2156 doi: 10.1038/ncomms3156 (2013).

[16] Winds can lift particles above the boundary layer and up to altitudes well above 7000 m (Kaspari et al., 2009). Bacterial diversity and composition during rain events with and without Saharan. Backwards modelled trajectories of the air masses contributing to wet deposition at the high mountain (2417 m above sea level) lake Gossenköllesee revealed that three events originated either from oceanic or continental

8

hundreds of miles with the upwelling of both heavy metals in general and bacteria that's genetically modified and horizontally genetically modified bacteria-laden with heavy metals from the Ocean floor.

21. BP Plc's actions causing the explosion of the Deepwater Horizon Oil Rig and misactions during the cleanup using Corexit caused the most heavy metals to rain down on terrestrial habitat since an epoch event of a super-volcano or giant meteorite collision. More heavy metals than all the nuclear testing and bombs ever dropped combined, for hundreds of miles. It can only be called a weapon of mass destruction in any sense of the term, being reproducible, expected, and forecastable event using oil-industry technologies in any comparison of the terms.

22. BP Plc, a knowledgeable oil-industry giant, having knowledge of the event, and the resulting heavy metal-laden rains, continued to fail to warn the populations of the United States and other countries and are directly culpable in the heavy metal toxin exposure to the Plaintiff.

23. As the Plaintiff in March 2012, unaware of the danger, along with dozens of others, trapped rainwater while camping in the Apalachicola National Forest during a three-day storm for drinking water, boiled or not. Drank it, bathed in it, did laundry in the trapping rain as we were 90 miles from the nearest tap water and is extreme campers custom. Within 7 days after the first rain, dozens of us had dozens of dime-sized lesions caused by the heavy metal poisoning, though none of us realized what caused the open sores. The poisoning from the above-listed misuse of technology by BP plc and subsequent failure to warn people of the immense global-effecting amount of poisons and bacteria BP plc has caused to rain down the terrifying and life-threatening experience on the people of the United States. I drank about 5 to 8 gallons of the contaminated rainwater trapped in plastic containers during the three-day storm.

---

sources." Peter, H., Hörtnagl, P., Reche, I., & Sommaruga, R. (2014). *Bacterial diversity and composition during rain events with and without Saharan dust influence reaching a high mountain lake in the Alps. Environmental microbiology reports,* 6(6), 618–624. https://doi.org/10.1111/1758-2229.12175 Citing rain sources in the Alps from the Mediterranean Sea or Africa carrying microbes native from those sources as backtracked using satellite technology. Its established, microbes from the ocean are prolific in rainwater.

9

24. The heavy metal tests from 2014 through 2021 of manganese, arsenic and most importantly to show the source of the heavy metals can only have been from the ocean floor, thorium[17], have the same 'signature' of chemical quantities from the ocean floor as seen in tissue tests of the Plaintiff as would be expected from the ocean floor. (Plaintiff will include an extensive memo associated with this amended complaint to follow, repeating not referencing the dozens of previous evidentiary filings, memos, and medical records already disclosed to the courts). Thorium and Arsenic are significant as they simply don't occur for more than a thousand miles from Panama City, or Apalachicola National Forest except for the actual ocean floor of the Gulf of Mexico or Atlantic Ocean.

25. BP Plc failure to warn also is directly culpable in the misdiagnoses of the heavy metal poisoning of the Plaintiff for at least years into 2014, then also the uphill battle with the medical community who outright challenged any poisoning because the distributed material to the 'average' doctor falsely said the only poisoning was from seafood and treatment not needed due to BP plc false propaganda. So, the petitioner didn't get medical treatment until 2017, not effective until 2018 as metal dental fillings had to be removed before chelation is effective. Thus, nearly nine years untreated. The longer it takes to start treatment the longer, and thus more expensive treatment is required. In addition, the years of pain and suffering and damage to the inflamed organs for years.

26. In that I've a positive IGG-41 on the Lyme Disease test on 6/4/2017 with no other positives for any Lyme bacteria. IGG-41 is positive test for bacteria bearing with flagella. Oleispira Antarctica is a polar flagella bacterium. Its likely I was or am infected by such PB plc spawned bacteria, which is "gram-negative" or double-cell-walled and highly resistant to antibacterial medicines as I've been prescribed several in the in-between years of serial infections and inflammations.

---

[17] Scavenging and fractionation of thorium vs. protactinium in the ocean, as determined from particle-water partitioning experiments with sediment trap material from the Gulf of Mexico and Sargasso Sea August 2009 Earth and Planetary Science Letters 286(1):131-138 DOI: 10.1016/j.epsl.2009.06.029 Kimberly A. Roberts, Chen Xu, Chang Hung

10

27. As a result, from BP Plc misdeeds, failure to warn, criminal neglect and whatever descriptive causal capabilities and liabilities. I've years of inflammatory diseases, from kidney, to carditis to pancreatitis, all with associated hospital stays that are continuing as of my writing this amendment. Debilitating pain and inflammation including plantar fasciitis, where only short walks are possible with special shoes. I've atypical hypothermia from the carditis and abnormal waves, where even room temperature causes stress and colder temperatures shock and sky-rocketing blood pressure from the arsenic. Years of hypertension from the Manganese with now an enlarged heart, chronic untreatable high blood pressure, as an overdose of Manganese acts a neurotoxin, bloating, constant level 8 and 9 pains in limbs, muscles and joints, my day and night begin with endorphins as any pain management hasn't been effective. I've also obesity, gaining 70 lbs., and afraid to lose it because being obese dilutes the heavy metals by my volume and mass. I'm storing it in my fat hoping it won't affect my organs, yet my tissue reads a hazard material, sometimes 80 to 1000 times a hazardous material of heavy metal toxins. My hair if ingested in any substantial amount might kill another. Night blindness, hair loss, blisters, sudden allergies including anaphylaxis shock, sleep apnea. I require not only CPAP machines but oxygen machines to even sleep, loss of interest and libido, always a doctor thinking they need another biopsy of another mass. I'm not able to have hobbies, much less maintain any type of work or career. I sometimes need to sleep for days to recover or most of a day. I've even had difficulty in service to self, unable to keep a house clean with now four years of plantar fasciitis, inflammatory damage to my feet after I attempted to take a part-time job. Then years-long infection with a strange genetically modified bacteria with unknown expectations, one being neoplasms from gene transfer.

28. I didn't even know how I was poisoned until I read the above-cited science journal articles, sometime around a few weeks before I filed in 2017, the genetically modified bacteria that could withstand extreme environments and could eat incredibly toxic heavy metals, all known to be on the ocean floor.

## III. FISCAL DAMAGES, MEDICAL COSTS, COMPENSATORY CLAIMS

1. Between 2012 and 2017, the effort to diagnose and manage the multiple and changing chimera like symptoms of heavy metal poisoning costs at least $32,571 in insured medical costs through primary provider and prescribed specialists, and upwards of in out of pocket expenses in $2,300 in personal purchases of bulk antibiotics when red ropes of infection appeared and since the Petitioner was atypical hypothermia, clinics refused to treat for lack of a fever, along with minimally $14,000 in other required supplements and DMSA (arsenic antidote) from overseas. An additional $26,000.00 in hospitalization and physical therapy before having a primary physician. Petitioner was unaccustomed to any medical needs until the heavy exposure to heavy metal poisons lodged in his tissue. For approximately $42,300.00 between 2012 and 2017. Not including State costs in 2012 which are recorded in the medical records.

2. Between 2017 and 2021, Petitioners medical costs, as extended as the longer it takes to treat, the longer the treatment takes, long chronic heavy metal protocols so far are about $400,000.00 including porcelain fillings and dental work, antidotes, urgent cares, hospitals, etc. with an expected $750,000.00 to go, as the prescribed antidote is DMSA around $220,000.00 per year with an expected three years of EDTA I.V. Chelation for $1,150,00.00 in medical costs with an additional $200,000.00 in what has become expected hospital ER stays, endoscopies, MRI, cat scans on the pancreas and other organs plus emergency management of BP, plus the original $42,300.00 for $1,392,300.00 in compensation for medical bills. Medicare has been notified of this lawsuit.

3. The travel that has to be arranged, a 160-mile round trip to see my primary care provider who also does the EDTA IV treatments, and approximately 100 IV treatments so far and presumably at least 100 more to go. Cost of drivers for hospitals where the Plaintiff undergoes surgery, etc. to be $200,000.00.

4. Plaintiff has a Physics degree and renown for applications in artificial intelligence to aid law enforcement investigators, with previous, renewable highly sought military Top-Secret clearances and with experience as a Data Scientist. As a government contractor or working in the finance sector or Chief Technology officer in an executive position in what would have been the height of his expected career path carefully planned. Plaintiff could expect a salary of $120,000.00 to $300,000.00. The Petitioner received human resource and scouting phone calls weekly for these amounts, has even received calls about the same job with the same price range from BP. The Plaintiff is simply too burdened with ailments, medical procedures, and hospitalizations to take any job, able to do little and miserable at being at home all day. 5 weekdays to 10 weekdays per month to medical. Petitioner claims now ten years of unable to pursue careers or advance degrees within the University with fiscal damages and expects another 5 to 10 years of being unable to work or career missing a decade of experience, then un-hirable due to the significant lapse in work to claim 20 years of expected financial income damaged by BP plc of $120,000.00 yearly for $2,400,000.00.

5. Cost of service to self for the last 10 years and expected next three to 5 years before the chelation removes enough heavy metals to function, we have seen a difference, but arsenic and thorium still high as we've removed the others, seems to be a one-at-a-time effect, few people have been this poisoned with this many different metals before 2010. Plaintiff claims $450,000.00 at $30k per year.

6. The bodily injury, Plaintiff asks for $500,000.00.

7. Pain and Suffering, mental and emotional distress daily for this decade and into the next, Plaintiff asks $1,000,000.00.

8. Thus, The Plaintiff asks for the base compensation for fiscal damages, bodily injury, and medical damages and costs to be determined to be $5,942,300.00 (Five Million Nine Hundred and Forty-Two Thousand and Three Hundred Dollars) with the pain and emotional distress of daily facing a medical emergency, $1,000,000.00 (One Million Dollars).

9. With the quintuple damage multiplier of J.A.S.T.A. or other possible multipliers, causal legislation or punitive, Petitioner then asks for $29,711,500.00 (Twenty-Nine Million Seven Hundred and Eleven Thousand and Five Hundred Dollars) with any additional compensation the Jury might award.

This case has a Jury Demand.

WHEREFORE, Plaintiff asks to have this amount of paragraph III-9 and that other, further and general relief to which he may show himself entitled as Plaintiff in this action against the Defendant due to the Defendants egregious improprieties in negligence, failure to warn, and what could be seen as a series of misuses of technology to seemingly be used in malice against the populations of the United States and other Nations, either way a harm to Public Health, damaged civilian population in what has been deemed a crime. The Petitioner asks the Courts to uphold and maintain his rights, also to order reparations for his loss in compensation for bodily injury, personal injury, mental and physical suffering, and punitive monetary findings together with any cost of this action by the aforementioned and by each and every law applicable supporting the Plaintiff.

*Shane Bruce* (signature)
Shane Maddox Bruce
313 W. Prospect St.
LaFollette, TN 37766
(423)377-9155

*Certificate of Service*

I hereby certify on or around 9/20/21 a true copy of this has been sent by USPS to:

| U.S. District Court of East Louisiana<br>500 Poydras Street<br>Court Clerk Attn: Hon Susie Morgan<br>Court Room C312 Chambers C332<br>New Orleans, LA 70130 | Kirkland & Ellis LLP<br>Attn: counsel BP #18-2626<br>300 North LaSalle<br>Chicago, IL 60654 |
|---|---|

Shane Bruce
313 W. Prospect Sq
La Follette Tn 37766

U.S. District Court of E. Louisiana
500 Poydras Street
Court Clerk Attn: Susie Monday
Court room C312, Chambers C332
New Orleans LA, 70130