UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHANE BRUCE,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-2626** |
| **BP P.L.C., et al.,**<br>    **Defendants** | **SECTION: "E" (4)** |

## JUDGMENT

Considering the Court's Order and Reasons entered on March 18, 2024.[1]

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendants BP Exploration & Production Inc., BP America Production Company, BP p.l.c., Halliburton Energy Services, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc., and Transocean Offshore Deepwater Drilling, Inc. and against Plaintiff Shane Bruce.

**New Orleans, Louisiana, this 25th day of March, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 71.